

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 19, 2009

**United States Bankruptcy Judge**

---

FORM 1213.209209

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:
**HARRELL DON CAGE**
**ANGELA LYNN CAGE**

**CASE NO: 09-70254-HDH-13**
**DATED: August 19, 2009**
**HEARING DATE: August 19, 2009**
**HEARING TIME:  11:00 AM**

_____

### ORDER DISMISSING CASE
_____

On this day came on to be heard the Trustee's Motion to Dismiss Chapter 13 Proceeding. It appears to the Court that due notice has been given to Debtor(s) and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It is further appearing that Dismissal of this case is in the best interest of the creditors and the estate:

IT IS THEREFORE ORDERED, that the above proceeding be, and hereby is in all things DISMISSED, without prejudice, and

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall disburse all funds on hand in accordance with the Standing Order 2007-02.

IT IS FURTHER ORDERED that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this Order.

IT IS FURTHER ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

cc:    MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLACE
WICHITA FALLS TX 76301-0000